UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMMY MARKS,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, and JAY INSLEE; JOHN CHEEMAN; PATTY MURRAY; KATH M. RODGERS; ROSAUERS SUPERMARKETS; DAVID A. CONDON; BEN STUCKART; JOLE MCCLAIN; LONNIE TOFSRUD,<br><br>    Defendants. | No. 2:15-cv-00095-SAB<br><br>**ORDER DENYING MOTION FOR ORAL ARGUMENT AND EMERGENCY HEARING; MOTION TO CHANGE VENUE** |

Before the Court are Plaintiff's Motion for Oral Argument and Emergency Hearing, ECF No. 29 and Motion to Move to United States Supreme Court, ECF No. 28. The motions were heard without oral argument.

This is the second Motion for Oral Argument and Emergency Hearing filed by Plaintiff. As with the previous one, it is not clear the relief being sought by Plaintiff. Plaintiff indicates that he is asking for an emergency hearing because the Hells Angels and a member of the military are trying to kill him and his family. Plaintiff does not explain how these allegations are related to his pending lawsuit. Moreover, it is not clear how this Court can address this problem.

**ORDER DENYING MOTION FOR ORAL ARGUMENT AND EMERGENCY HEARING; MOTION TO CHANGE VENUE**~ 1

It appears Plaintiff is also requesting that this matter be immediately moved to the United States Supreme Court for review. There is no legal authority or framework authorizing this Court to enter such an order.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Oral Argument and Emergency Hearing, ECF No. 29, is **DENIED**.

2. Plaintiff's Motion to Move to United States Supreme Court, ECF No. 28, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to Plaintiff and counsel.

**DATED** this 16th day of July, 2015.



Stanley A. Bastian
United States District Judge

ORDER DENYING MOTION FOR ORAL ARGUMENT AND EMERGENCY HEARING; MOTION TO CHANGE VENUE ~ 2